STATE OF MINNESOTA *vs.* ALBERT OLSON.

January 30, 1888.

Appeal by defendant from a judgment of the district court for Hennepin county, where the defendant was tried and convicted before *Young, J.*, and a jury.

*Thomas Canty*, for appellant.

*Moses E. Clapp*, Attorney General, and *Frank F. Davis*, for the State.

VANDERBURGH, J. This case presents the same questions, and follows the decision, in *State* v. *Peterson, ante*, p. 143. Judgment affirmed, and case remanded for further proceedings.

A motion for reargument in each of the foregoing cases of *State* v. *Peterson* and *State* v. *Olson* was denied, February 14, 1888.